# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130856

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

WILLIAM DAVID HODGE,
   Defendant-Appellant.

SC: 130856
COA: 263716
Wayne CC: 80-004667

_____/

   On order of the Court, the application for leave to appeal the March 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821